**MANDATE**

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16th day of December, two thousand and eleven.

| | |
|---|---|
| IN RE: IN THE MATTER OF AN APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE RELEASE OF HISTORICAL CELL-SITE INFORMATION | **ORDER** <br><br> Docket No.: 11-3858 |

IT IS HEREBY ORDERED that the motion by appellant the United States of America to withdraw the appeal is GRANTED, with prejudice.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk

*[signature: Catherine O'Hagan Wolfe]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature: Catherine O'Hagan Wolfe]*

MANDATE ISSUED ON 12/16/2011